IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| THE TRAVELERS HOME AND MARINE INSURANCE COMPANY and THE AUTOMOBILE INSURANCE COMPANY OF HARTFORD, CONNECTICUT, | * * * * * | |
| Plaintiffs, | * * | |
| vs. | * * | No. 4:15CV00532 SWW |
| EDGAR L. WILSON and PATRICIA RODDY on Behalf of the Estate of Dale Levon Metcalf, Deceased, | * * * * | |
| Defendants. | * * | |

**Judgment**

Pursuant to the Opinion and Order entered in this matter on this date, IT IS CONSIDERED, ORDERED, AND ADJUDGED that declaratory judgment be and is hereby granted to Plaintiffs The Travelers Home and Marine Insurance Company and The Automobile Insurance Company of Hartford, Connecticut. The policies of insurance issued by Travelers, Homeowners Policy No. 984555151 633 1, and Automobile, Personal Liability Umbrella of Security Policy No. 932779781 311 7, to separate defendant Edgar L. Wilson and his wife Janet S. Wilson, provide no coverage for the claims asserted by separate defendant Patricia Roddy on Behalf of the Estate of Dale Levon Metcalf against Edgar L. Wilson in the Circuit Court of Prairie County, Arkansas, Case No. CV-2013-008.

DATED this 22nd day of September, 2016.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE